*#* 648639  *#* 128422

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

2010 APR 14 PM 3: 22

IN RE:                             *          CASE # 04-70366 W
                                              CHAPTER 13
                                   *
Joshua, Leroy
Debtor                             *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – the Trustee voided <u>returned</u> disbursement checks from the United States Postal Service, "marked return to sender/unable to forward".

2. The creditor did not update and submit a current address with the clerk's office. This case is scheduled to close as "paid in full".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 640311 | Capitol One Bank<br>P O Box 85167<br>Richmond, Va 23285 | 11.54 | 2/26/10 |

3. Your trustee's check # 648639 in the amount of $11.54 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 3/31/10

John P. Gustafson
Trustee in Bankruptcy